# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AMY MAXWELL, individually, and
GREG MAXWELL, individually

    VS                                            CASE NO.  3:13cv372-MCR/EMT

COMMERCIAL RECOVERY SYSTEMS
INC, a Texas Corporation

## DEFAULT JUDGMENT

This action came before the Honorable M. Casey Rodgers and a decision has been rendered.

Default judgment is entered against Defendant, COMMERCIAL RECOVERY SYSTEMS INC and in favor of Plaintiffs, AMY MAXWELL and GREG MAXWELL.

Plaintiffs shall recover $61,000 plus costs and reasonable attorney's fees.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

November 6, 2013                /s/Donna Bajzik
DATE                                  Deputy Clerk: Donna Bajzik